UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-42901 |
|---|---|
| CLAUDE WIDEMAN | (Chapter 13) |
| DELORIS WIDEMAN | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072510**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 8 | CACH PROVIDIAN BANK<br>CACV OF COLORADO<br>370 SEVENTEETH STREET STE 5000<br>DENVER, CO  80202 | 196.96 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/27/2011

Certificate of Service 05-42901

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| CLAUDE WIDEMAN | DAVID E LARSON | (8.1) |
| DELORIS WIDEMAN | 1700 ONE DAYTON CENTRE | CACH PROVIDIAN BANK |
| 5081 DERBY RD | ONE SOUTH MAIN ST | CACV OF COLORADO |
| DAYTON, OH  45418 | DAYTON, OH  45402 | 370 SEVENTEETH STREET STE 5000 |
| | | DENVER, CO  80202 |

| | |
|---|---|
| (1015.1n) | (25.1n) |
| PRA RECEIVABLES MANAGEMENT LLC | SELECT PORTFOLIO SERVICING |
| BOX 41067 | 1270 NORTHLAND DR. STE 200 |
| NORFOLK, VA  23541 | MENDOTA, HEIGHTS, MN  55120 |

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv